CHARLES G. LA BELLA, Deputy Chief
MARY ANN McCARTHY, Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 679-3099
Facsimile: (202) 514-0152
E-mail: charles.labella@usdoj.gov
mary.ann.mccarthy@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00337-JCM-GWF |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INFORMATION WITHOUT PREJUDICE |
| v. | |
| DAVID AMESBURY, | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned counsel, and moves to dismiss the Criminal Information without prejudice filed in the above-captioned case against defendant David Amesbury, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

As grounds for this motion, the government states as follows:

1. The defendant was charged in a Criminal Information on one count of conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349, and one count of conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349.

2. On October 24, 2011, Defendant Amesbury entered a plea of guilty as to both counts.

3. A sentencing hearing was scheduled for September 21, 2012 at 10:30am.

4. On or about March 25, 2012, Defendant Amesbury died. A working copy of a death certificate is attached.

5. Dismissals under Rule 48(a) are generally without prejudice. *See* 3B Fed. Prac. & Proc. Crim. (3d ed.), Fed. Crim. Rules Handbook FCRP 48 (2011 ed.).

6. It is in the best interest of justice to dismiss the Criminal Information filed against defendant David Amesbury, without prejudice.

WHEREFORE, the Government by and through the undersigned counsel, respectfully requests the dismissal of the Criminal Information filed against defendant David Amesbury, without prejudice.

DENIS McINERNEY
Chief
Fraud Section, Criminal Division
U.S. Department of Justice

6/5/12

CHARLES G. LA BELLA
Deputy Chief
MARY ANN McCARTHY
Trial Attorney

3

# CERTIFICATE OF DEATH
**STATE OF CALIFORNIA**
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11e (REV 3/06)

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**WORKING COPY**

## DECEDENT'S PERSONAL DATA
1. NAME OF DECEDENT– FIRST (Given): DAVID
2. MIDDLE: CLYDE
3. LAST (Family): AMESBURY
AKA. ALSO KNOWN AS: -
4. DATE OF BIRTH: 05/05/1954
5. AGE Yrs.: 57
IF UNDER ONE YEAR: Months / Days
IF UNDER 24 HOURS: Hours / Minutes
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: OR
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: [X] NO
12. MARITAL STATUS/SRDP (at Time of Death): MARRIED
7. DATE OF DEATH: 03/25/2012
8. HOUR (24 Hours): 1735 FND
13. EDUCATION – Highest Level/Degree: PROFESSIONAL
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: [X] NO
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: LAWYER
18. KIND OF BUSINESS OR INDUSTRY: LAW
19. YEARS IN OCCUPATION: 22

## USUAL RESIDENCE
20. DECEDENT'S RESIDENCE: 9428 GREENHAM CIRCLE
21. CITY: LAS VEGAS
22. COUNTY/PROVINCE: CLARK
23. ZIP CODE: 89117
24. YEARS IN COUNTY: 22
25. STATE/FOREIGN COUNTRY: NV

## INFORMANT
26. INFORMANT'S NAME, RELATIONSHIP: VICTORIA A. VILLEGAS, WIFE
27. INFORMANT'S MAILING ADDRESS: 9428 GREENHAM CIRCLE, LAS VEGAS, NV 89117

## SPOUSE/SRDP AND PARENT INFORMATION
28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: VICTORIA
29. MIDDLE: ALANO
30. LAST (BIRTH NAME): VILLEGAS
31. NAME OF FATHER/PARENT – FIRST: KENNETH
32. MIDDLE: BRUCE
33. LAST: AMESBURY
34. BIRTH STATE: MT
35. NAME OF MOTHER/PARENT – FIRST: DOROTHEA
36. MIDDLE: -
37. LAST (BIRTH NAME): ALSPAUGH
38. BIRTH STATE: OR

## FUNERAL DIRECTOR/LOCAL REGISTRAR
39. DISPOSITION DATE: 03/30/2012
40. PLACE OF FINAL DISPOSITION: RES. OF TOM AMESBURY, 10607 DOLORES DRIVE, GRASS VALLEY, CA 95945
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: CHAPEL OF THE ANGELS MORTUARY
45. LICENSE NUMBER: FD1588
46. SIGNATURE OF LOCAL REGISTRAR: KAREN MILMAN, MD
47. DATE: 03/29/2012

## PLACE OF DEATH
101. PLACE OF DEATH: DECEDENT'S BROTHER'S RESIDENCE
102. IF HOSPITAL, SPECIFY ONE: IP / ER/OP / DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Hospice / Nursing Home/LTC / [X] Decedent's Home / Other
104. COUNTY: NEVADA
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 10607 DOLORES DRIVE
106. CITY: GRASS VALLEY

## CAUSE OF DEATH
107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING TOXICOLOGY
(B):
(C):
(D):
Time Interval Between Onset and Death:
(AT): UNK
108. DEATH REPORTED TO CORONER?: [X] YES
REFERRAL NUMBER: 1120-0855
109. BIOPSY PERFORMED?: [X] NO
110. AUTOPSY PERFORMED?: [X] YES
111. USED IN DETERMINING CAUSE?: [X] YES
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: UNK
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: UNK
113A. IF FEMALE, PREGNANT IN LAST YEAR?: YES / NO / UNK

## PHYSICIAN'S CERTIFICATION
114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since (A): mm/dd/ccyy
Decedent Last Seen Alive (B): mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

## CORONER'S USE ONLY
119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: Natural / Accident / Homicide / Suicide / [X] Pending Investigation / Could not be determined
120. INJURED AT WORK?: YES / NO / UNK
121. INJURY DATE:
122. HOUR (24 Hours):
123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:
126. SIGNATURE OF CORONER / DEPUTY CORONER: PAUL HOWE SCHMIDT
127. DATE: 03/28/2012
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: PAUL HOWE SCHMIDT, DEPUTY CORONER

STATE REGISTRAR: A B C D E
Printed on: 06/04/2012 06:29 AM
By SCHMIDT, PAUL (PSCHMIDT)
FAX AUTH.#
CENSUS TRACT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID AMESBURY,<br><br>Defendant. | CASE NO. 2:11-cr-00337-JCM-GWF<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS CRIMINAL INFORMATION WITHOUT PREJUDICE |

**ORDER**

Upon motion of the Government, **IT IS HEREBY ORDERED** that the Criminal Information in criminal case number 2:11-cr-00337, as to defendant DAVID AMESBURY, be dismissed, without prejudice.

IT IS FURTHER ORDERED that any future hearing dates are vacated.

DATED June 6, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

1